UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEBORAH MARIE ABNEY, | 3:16-CV-1671-TC |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

COFFIN, Magistrate Judge:

The parties have stipulated to an award of fees in plaintiff's favor in the amount of $5, 420.95 and agreed such fees are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B) (2006).

The Commissioner has recognized that plaintiff previously assigned her right to EAJA fees to her attorney. If the Commissioner determines that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner shall waive the requirements of the Anti-Assignment Act, and the EAJA fees shall be made payable to plaintiff's attorney.

Page 1 - ORDER

However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset shall be paid by a check made out to plaintiff, but delivered to plaintiff's attorney.

DATED this 20 day of December, 2017

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 2 - ORDER